Hattiesburg

Dear Clerk

Re: Lee v. King 1:13 cv 0056 - KS - MTP

Darren Johnson is a real person and since I cannot locate him can I have a witness that witnessed this come? I don't know his first name but his last name is Roach.

Also I cannot pay the witness fee I thought It was already sent but its not.

_April 20 2016_
Date

Dennis Lee #101953