IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DENNIS O'NEAL LEE                                                                    PLAINTIFF

v.                                                            CIVIL ACTION NO. 1:13CV566-KS-JCG

RONALD KING, ET AL.                                                              DEFENDANTS

## VERDICT FORM

The jury is required to answer the following interrogatories. All of you must agree and the foreman must sign this form. Please read all questions carefully and follow the instructions contained herein. You are to keep in mind all of the instructions of the court when answering these interrogatories.

### INTERROGATORY NO. 1

Do you find from a preponderance of the evidence that Defendant Ronald King ordered a search of Plaintiff's cell on October 4, 2013, in retaliation for Plaintiff submitting an Administrative Remedy Program grievance about Ronald King?

_____ YES                                        \_\_\_✓\_\_ NO

If you answered the foregoing interrogatory "No", then your verdict shall be in favor of Defendant Ronald King, and you may skip the remaining interrogatories. If you answered "Yes", then proceed to interrogatory no. 2.

### INTERROGATORY NO. 2

Is Defendant Ronald King entitled to the defense of qualified immunity as to Plaintiff's claim of retaliation?

_____ YES                                        _____ NO

If you answered the foregoing interrogatory "Yes", then your verdict shall be in favor of Defendant Ronald King and you may skip the remaining interrogatories. If you answered "No", then your verdict shall be in favor of the Plaintiff and you shall consider in interrogatory no. 3 what amount of damages, if any, Plaintiff, Dennis O'Neal Lee, should be awarded, keeping in mind the court's instructions on damages.

**INTERROGATORY NO. 3**

What amount of damages, if any, do you award Plaintiff, Dennis O'Neal Lee for his claim of retaliation against Ronald King?

$_____

THIS, the __3__ day of May, 2016.

SO SAY WE ALL:

_____
FOREPERSON

